## Jones v. Commonwealth.

(Decided June 20, 1930.)

W. J. STONE for appellant.

J. W. CAMMACK, Attorney General, and JAMES M. GILBERT, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY DRURY, COMMISSIONER— Reversing.

Ben Dewey Jones and Bill Hendrickson were jointly indicted for breaking and entering a storehouse. They had separate trials, each was, over objection, used as a witness against the other, and each one was given one year in the penitentiary, as a punishment.

We have this day reversed the case of Hendrickson v. Com., 28 S. W. (2d) 646, 235 Ky. 5, and upon the authority of that opinion, and for the reasons there given, this judgment is also reversed.

The whole court sitting.